# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Joana J.,

    Petitioner,

v.

Pamela Bondi, et al.,

    Respondents.

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING WRIT OF HABEAS CORPUS**
Civil File No. 26-892 (MJD/JFD)

---

Matthew Mockenhaupt, Ojala-Barbour PPLC, Counsel for Petitioner.

Daniel Rosen, United States Attorney, Counsel for Respondents.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John F. Docherty dated February 4, 2026 [Doc. 6]. There were no objections to the Report and Recommendation.

Pursuant to statute, the Court conducted a de novo review upon the record. 28 U.S.C. §636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Docherty dated February 4, 2026.

Accordingly, based upon the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge John F. Docherty dated February 4, 2026 **[Doc. 6]**.

2. Petitioner Joana J.'s Petition for a Writ of Habeas Corpus **[Doc. 1]** is **GRANTED as follows:**

    A. Respondents are ordered to immediately release Petitioner Joana J. from detention into Minnesota;

    B. Respondents are ordered to return Petitioner's work permit, driver's license, and any other seized documents, property, or effects seized during her arrest[1]; and

    C. Respondents are required to confirm Petitioner's release from custody within twenty-four (24) hours from the date of this Order.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 8, 2026         s/Michael J. Davis
                                 Michael J. Davis
                                 United States District Court

---

1 The inclusion of requiring Petitioner's personal effects to be included in her release is a slight modification to Magistrate Judge John F. Docherty's Report and Recommendation. However, this Court believes that its inclusion is important considering the frequency in which similarly situated petitioners in other cases have been released without all their important personal belongings.