UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Joana J.,

       Petitioner,

v.

Pamela Bondi, et al.,

       Respondents.

**ORDER DISMISSING
PETITION FOR WRIT OF
HABEAS CORPUS**
Civil File No. 26-892 (MJD/JFD)

---

Matthew Mockenhaupt, Ojala-Barbour PPLC, Counsel for Petitioner.

David W. Fuller, Assistant United States Attorney, Counsel for Respondents.

---

On February 8, 2026, the Court issued an Order requiring Respondents to immediately release Petitioner from custody. [Doc. 7.] Respondents were also required to confirm the Petitioner's release within twenty-four hours of the Court's Order. Id.

On February 10, 2026, the Respondents provided a status update informing the Court that Petitioner had been released from custody in the evening of February 9, 2026. [Doc. 10.]

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that Petitioner Joana J.'s Petition for Writ of Habeas Corpus

**[Doc. 1]** is **DISMISSED without prejudice**.

**LET THE JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  February 14, 2026                    s/Michael J. Davis
                                             Michael J. Davis
                                             United States District Court